# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

155498

NORTH AMERICAN BROKERS, LLC,
and MARK RATLIFF,
    Plaintiffs-Appellees,
v

HOWELL PUBLIC SCHOOLS,
    Defendant-Appellant,
and

ST. JOHN PROVIDENCE,
    Defendant.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 155498
COA: 330126
Livingston CC: 15-028669-CH

   On order of the Court, the application for leave to appeal the February 9, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

   The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether promissory estoppel is an exception to the statute of frauds. MCL 566.132. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.

   Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae. Motions for permission to file briefs amicus curiae and briefs amicus curiae must be filed within 14 days after the appellees' supplemental brief is filed with the Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

d1227

January 3, 2018 _____



Clerk